UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Beach District Surgery Center,<br><br>   Plaintiff,<br><br>   v.<br><br>United Healthcare Services, Inc., and DOES 1 through 100, inclusive,<br><br>   Defendant. | Case No. 2:22-cv-01213-SPG-E<br><br>**PROTECTIVE ORDER**<br><br>Assigned to Hon. Sherilyn Peace Garnett<br>Courtroom: 5C<br>Complaint Filed: February 22, 2022<br>Trial Date: No Date Set |

The Court has received and reviewed the parties' Stipulation for Protective Order.

Good cause having been shown, the Court hereby grants the Stipulation for Protective Order.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: 2/27/2023

/s/ Charles F. Eick
HONORABLE CHARLES F. EICK
United States Magistrate Judge